| | |
|---|---|
| 1 | KAYE SCHOLER LLP |
| 2 | PAMELA J. YATES, Bar Number 137440<br>BETSY L. KATZ, Bar Number 229194 |
| 3 | 1999 Avenue of the Stars, Suite 1700<br>Los Angeles, California  90067 |
| 4 | Telephone:  (310) 788-1000<br>Facsimile:  (310) 788-1200 |
| 5 | Attorneys for Defendant |
| 6 | PFIZER INC. |
| 7 | WATERS & KRAUS, LLP<br>MICHAEL ARMITAGE, Bar Number 152740 |
| 8 | JENNIFER BARTLETT, Bar Number 183154<br>300 Continental Blvd., Suite 500 |
| 9 | El Segundo, CA  90245<br>Telephone:     (310) 414-8146 |
| 10 | Facsimile:      (310) 414-8156 |
| 11 | Attorneys for Plaintiff<br>LINDA LASATER |

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA LASATER, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION; ORTHO-MCNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON, individually and as successor-in-interest to Ortho-McNeil Pharmaceutical, Inc.; PFIZER, INC.; WYETH d/b/a WYETH, INC., WYETH LABOROATORIES, WYETH-AYERST, AYETH AYERST LABROATORIES, WYETH LEDERLE, LEDERLE LABORATORIES and formerly known as AMERICAN HOME PRODUCTS CORPORATION;<br><br>　　　　　Defendants. | CASE NO. CV-05-1244 LKK (GGH)<br><br>**JOINT STIPULATION AND  ORDER STAYING PROCEEDINGS PENDING TRANSFER TO THE MDL** |

It is STIPULATED by plaintiff and defendant Pfizer Inc. that the above-captioned action shall be STAYED for 60 days and that dates currently set by this Court be taken off calendar, pending transfer to the In re Prempro Prods. Liab. Litig. Multidistrict Litigation ("MDL") proceeding (MDL No. 1507) pending in the United States District Court for the Eastern District of Arkansas (the "MDL Court").  All deadlines including, but not limited to, defendants' time to file a responsive pleading shall be extended until 30 days after transfer to the MDL Court is effective, or as otherwise ordered by the MDL Court.

Dated: August ___, 2005        KAYE SCHOLER LLP


/signature on original
Betsy L. Katz
Attorneys for Defendant
PFIZER INC.

Dated: July ___, 2005          WATERS & KRAUS, LLP


/signature on original
Michael Armitage
Attorneys for Plaintiff
LINDA LASATER


IT IS SO ORDERED.


Dated: August 4, 2005          /s/Lawrence K. Karlton
                               HON. LAWRENCE K. KARLTON
                               UNITED STATES DISTRICT JUDGE