UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LINDA LASATER,

          NO. CIV. S-05-1244 LKK/GGH

      Plaintiff,

  v.                          O R D E R

NOVARTIS PHARMACEUTICALS CORPORATION;
ORTHO-MCNEIL PHARMACEUTICAL, INC.;
JOHNSON & JOHNSON, individually and
as successor-in-interest to
Ortho-McNeil Pharmaceutical, Inc.;
PFIZER, INC.; WYETH d/b/a WYETH, INC.,
WYETH LABORATORIES, WYETH-AYERST,
AYETH AYERST LABROATORIES, WYETH LEDERLE,
LEDERLE LABORATORIES and fka
AMERICAN HOME PRODUCTS CORPORATION,

      Defendants.
_____/

    The court is in receipt of plaintiff's status report and request for continuance of the Status Conference pending transfer to the Multidistrict Litigation Panel as to defendant Novartis Pharmaceuticals Corporation.  On August 4, 2005, the court stayed the action as to defendant Pfizer Inc., pending transfer to

1

1 the In re Prempro Prods. Liab. Litig. Multidistrict Litigation
2 ("MDL") proceeding (MDL No. 1507) in the United States District
3 Court for the Eastern District of Arkansas (the "MDL Court").
4     In order to conserve judicial resources, this court hereby
5 stays the entire case pending transfer to the In re Prempro Prods.
6 Liab. Litig. in the United States District Court for the Eastern
7 District of Arkansas.
8     IT IS SO ORDERED.
9     DATED:  September 1, 2005

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT