A CERTIFIED TRUE COPY

SEP 27 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
OCT 03 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 11 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 28 2005

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-51)    05CV1244 LKK

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,122 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 29 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By_____ D.C.

## SCHEDULE CTO-51 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #                CASE CAPTION

**ARKANSAS WESTERN**
ARW  1  05-1057                  Barbara Ann Greer v. Wyeth, et al.

**CALIFORNIA EASTERN**
CAE  2  05-1244                  Linda Lasater v. Novartis Pharmaceuticals, Inc., et al.

**FLORIDA NORTHERN**
FLN  1  05-73                    Deborah Perotti v. Wyeth Pharmaceuticals, Inc., et al.

**LOUISIANA WESTERN**
LAW  6  05-853                   Burner Dean Malveaux v. Wyeth, et al.

**MASSACHUSETTS**
MA   1  05-11405                 Dorothy Anderson v. Wyeth, et al.
MA   4  05-40102                 Jeanne LeBlanc, et al. v. Wyeth, Inc., et al.

**MARYLAND**
MD   1  05-1778                  Ann Jewer, et al. v. Wyeth, et al.

**MINNESOTA**
MN   0  05-1032                  Elizabeth Bridegroom v. Wyeth, et al.
MN   0  05-1033                  Rochelle Wilensky v. Wyeth, et al.
MN   0  05-1302                  Carol Ann B. Lee, et al. v. Wyeth, et al.
MN   0  05-1314                  Nancy Fudally, et al. v. Wyeth, et al.
MN   0  05-1321                  Linda Boonstra v. Wyeth, et al.
MN   0  05-1322                  Martez Sanford, et al. v. Wyeth, et al.
MN   0  05-1325                  Phyllis Lewis v. Wyeth, et al.
MN   0  05-1360                  Marilyn Clark v. Wyeth, et al.
MN   0  05-1361                  Virginia Bowling, et al. v. Wyeth, et al.
MN   0  05-1363                  Linda Biggs, et al. v. Wyeth, et al.
MN   0  05-1364                  Barbara Anderson, et al. v. Wyeth, et al.
MN   0  05-1365                  Nilsa Guslawski, et al. v. Wyeth, et al.
MN   0  05-1372                  Heidi Liu, et al. v. Wyeth, et al.

**MISSISSIPPI SOUTHERN**
MSS  1  05-329                   Jean A. Trevino v. Wyeth, Inc., et al.
MSS  3  05-405                   Iris Woodthorpe v. Wyeth, Inc., et al.
MSS  3  05-406                   Judy P. Brooks v. Wyeth, Inc., et al.
MSS  5  05-104                   Gladys Reed v. Pfizer, Inc., et al.

**NORTH CAROLINA EASTERN**
NCE  7  05-122                   Carolyn R. West v. Wyeth, Inc., et al.

**NORTH CAROLINA WESTERN**
NCW  3  05-210                   Carol S. Teague, et al. v. Wyeth, et al.

**NEW HAMPSHIRE**
NH   1  05-250                   Mary Hennessey v. Wyeth, Inc., et al.

**NEW YORK SOUTHERN**
NYS  1  05-6270                  Carol Baker, et al. v. Wyeth, et al.

SCHEDULE CTO-51 - TAG ALONG ACTIONS (MDL 1507)                                          PAGE 2 OF 2

**DIST. DIV. C.A.#**          **CASE CAPTION**

RHODE ISLAND
RI     1  05-286              Jeanne E. Tsakeres, et al. v. Wyeth, Inc., et al.

SOUTH CAROLINA
SC     2  05-1967             Mary Jo Craven v. Wyeth, Inc., et al.
SC     2  05-1969             Sarah C. Ison, et al. v. Wyeth, Inc., et al.
SC     4  05-1928             Wilma Ginnity v. Wyeth, Inc., et al.
SC     4  05-1929             Sharon Howerton, et al. v. Wyeth, Inc., et al.
SC     4  05-1930             Edna Sims, et al. v. Wyeth, Inc., et al.

TEXAS EASTERN
TXE    6  05-223              Brenda J. Maliko v. Wyeth

WASHINGTON WESTERN
WAW   2  05-1078              Linda Swanson v. Wyeth, et al.
WAW   2  05-1079              Terry Kinner, et al. v. Wyeth, et al.

WEST VIRGINIA SOUTHERN
~~WVS   2  05-547~~           ~~Stephanie Toler, et al. v. Wyeth, et al.~~ Opposed 08/26/05